AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

United States of America
v.

HARSHDEEP KAUR

*Defendant(s)*

Case No. 1:26mj71 ML

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 15, 2026 -- June 25, 2026 in the county of Alachua in the Northern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

Brett Heil
*Complainant's signature*

FBI Special Agent Brett Heil
*Printed name and title*

MAL
by telephone under rule 4.1

Sworn to before me ~~and signed in my presence~~.

Date: July 28, 2026

Midori A. Lowry
*Judge's signature*

City and state: Gainesville, Florida

U.S. Magistrate Judge Midori Lowry
*Printed name and title*

FILED USDC FLND GV
JUL 28 '26 PM5:10